```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**ROBERT LEE COOPER**                                        PLAINTIFF

        v.        Civil No. 10-5033

**SHERIFF TIM HELDER; SGT.
ELLIS MUGGY; SGT. LARRY
HAWKINS; CPL. EUGENIA
EDEN-MOORE; DFC. KATHLEEN
WARD; CPL. DAN WILKIE;
SGT. LORI WILSON; CPL. TIM
CAUDLE; SGT. MISTY CHARLES;
DFC RICK REED; and DFC
ANITA ROBBINS**                                              DEFENDANTS

### O R D E R

Now on this 17th day of March, 2011, come on for consideration the following:

    *   **Motion For Summary Judgment** of defendant Lori Wilson (document # 26);

    *   **Motion For Summary Judgment** of defendants Helder, Muggy, Eden-Moore, Ward, Wilkie, Caudle, Charles, Reed and Robbins (document #30);

    *   **Report And Recommendation Of The Magistrate Judge** ("R&R") (document #44); and

    *   plaintiff's **Objections** to the R&R (document #45),

and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

The Court further finds that plaintiff's Objections do not

fairly meet the substance of the R&R, and they will be overruled.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's Objections to the R&R are **overruled**.

**IT IS FURTHER ORDERED** that the **Motion For Summary Judgment** of defendant Lori Wilson (document # 26) is **granted**, and plaintiff's claims against Wilson are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the **Motion For Summary Judgment** of defendants Helder, Muggy, Eden-Moore, Ward, Wilkie, Caudle, Charles, Reed and Robbins (document #30) is **granted**, and plaintiff's claims against these defendants are **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**