IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT LEE COOPER                                                                    PLAINTIFF

v.                               Civil No. 10-5033

SGT. LARRY HAWKINS                                                                   DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Robert Lee Cooper, filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On March 1, 2011, summary judgment was granted (Doc. 46) in favor of all Defendants except Sergeant Larry Hawkins. The case was referred to me for further proceedings as to Sergeant Hawkins (Doc. 47).

On May 3, 2011, a motion was filed by Sergeant Hawkins to amend or correct a clerical error (Doc. 49). Counsel indicates that through a clerical error the opening paragraph of the summary judgment motion did not contain Sergeant Hawkins' name. Sergeant Hawkins was listed immediately above the signature line of counsel. Pursuant to Rule 60 of the Federal Rules of Civil Procedure, Sergeant Hawkins asks that the clerical error omitting his name be corrected.

For the reasons stated in the report and recommendation filed on March 1, 2011 (Doc. 44), Sergeant Hawkins is entitled to judgment in his favor. I therefore recommend that the motion (Doc. 49) be granted and all claims against Sergeant Hawkins be dismissed.

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of May 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE