IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT LEE COOPER                                          PLAINTIFF

            v.              Civil No. 10-5033

SHERIFF TIM HELDER; SGT.
ELLIS MUGGY; SGT. LARRY
HAWKINS; CPL. EUGENIA
EDEN-MOORE; DFC. KATHLEEN
WARD; CPL. DAN WILKIE;
SGT. LORI WILSON; CPL. TIM
CAUDLE; SGT. MISTY CHARLES;
DFC RICK REED; and DFC
ANITA ROBBINS                                             DEFENDANTS


                        O R D E R

     Now on this 22nd day of September, 2011, come on for
consideration the following:

     *   Separate defendant Larry Hawkins' **Motion To Correct
Clerical Error and/or Motion for Summary Judgment** (document #49);

     *   **Report And Recommendation Of The Magistrate Judge**
("R&R") (document #51); and

     *   plaintiff's **Objections** to the R&R (document #52),

and the Court, having carefully reviewed said Report And
Recommendation, finds that it is sound in all respects, and that
it should be adopted *in toto*.

     The Court further finds that plaintiff's Objections do not
fairly meet the substance of the R&R, and they will be overruled.

     **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of
The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that plaintiff's Objections to the R&R are **overruled.**

**IT IS FURTHER ORDERED** that separate defendant Larry Hawkins' **Motion To Correct Clerical Error and/or Motion for Summary Judgment** (document #49) is **granted,** and plaintiff's claims against Hawkins are **dismissed with prejudice.**

**IT IS SO ORDERED.**

     /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**